# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-2396
_____

Tony L. Noles

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: January 20, 2014
Filed: February 7, 2014
[Unpublished]

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Tony L. Noles appeals from the district court's[1] order affirming the denial of supplemental security income. Upon de novo review, we conclude that the Commissioner's decision is supported by substantial evidence on the record as a whole. See Myers v. Colvin, 721 F.3d 521, 524 (8th Cir. 2013). Specifically, we find that the administrative law judge's (ALJ's) credibility determination is entitled to deference, because it was based on multiple valid reasons. See Renstrom v. Astrue, 680 F.3d 1057, 1065 (8th Cir. 2012). Further, we disagree with Noles that the ALJ was required to arranged for a consultative examination, see Shannon v. Chater, 54 F.3d 484, 488 (8th Cir. 1995) (reversal for failure to develop record is warranted only where such failure is prejudicial or unfair); and that the ALJ improperly relied on the opinions of two non-examining physicians as to Noles's residual functional capacity, see Lauer v. Apfel, 245 F.3d 700, 705 (8th Cir. 2001) (weight accorded to opinions from non-examining sources depends upon degree to which they provide supporting explanations). Finally, we reject as meritless Noles's contentions that he met the criteria for the listings he cites, and that the ALJ improperly relied on the Medical-Vocational Guidelines to find him not disabled. The judgment of the district court is affirmed.

_____

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).